Amrane Cohen, Trustee
Orange City Square
770 The City Dr. South, #3700
Orange, CA  92868

Case#: 8:19-bk-14536-MH

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS -AMENDED
For the period from October 01, 2023 to March 31, 2024
**Chapter 13 Case #: 8:19-bk-14536-MH**

Re:  Nancy Lynn Berg
    John Gregory Berg
    4155 NE THREE MILE HWY
    SPACE# 68
    MCMINNVILLE, OR  97128
This case percentage to unsecured creditors is <u>100.00 %</u>

Attorney:    Benjamin R Heston
              Heston & Heston
              19700 Fairchild Road
              Suite 280
              Irvine, CA  92612

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|------|--------|--------|------|--------|--------|------|--------|--------|
| Oct-23 | 9413406000 | $1,046.37 | Nov-23 | 9463215000 | $1,046.37 | Dec-23 | 9514790000 | $1,046.37 |
| Jan-24 | 9563306000 | $1,046.37 | Feb-24 | 9613832000 | $1,046.37 | Feb-24 | 9632964000 | $8,250.00 |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|--------|--------------|-------|----------|--------------|--------------------|----------------|---------------|-------------------|

**CLAIMANT NAME**     **ACCOUNT #**

Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt

**AIS PORTFOLIO SERVICES, LP**

| Claim# | | Class | | Claim Amount | | | | |
|--------|--|-------|--|--------------|--|--|--|--|
| 32 | | | NOT FILED | | | | | |

**Amrane (SA) Cohen (TR)**

| 22 | | | NOT FILED | | | | | |
|----|--|--|-----------|--|--|--|--|--|

**Barclays Bank Delaware**    1133

| 3 | | | NOT FILED | | | | | |
|---|--|--|-----------|--|--|--|--|--|

**CHASE BANK USA, N.A.**    9923

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|--------|--------------|-------|----------|--------------|--------------------|----------------|---------------|-------------------|
| 4 | 5 | Unsecured | | 3,128.48 | 100.00% | 3,128.48 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|-------------------|---------|------|------------------|-------------------|---------|------|------------------|
| October 06, 2023 | 6240679 | CR | $72.78 | November 09, 2023 | 6241162 | CR | $145.57 |
| January 05, 2024 | 6242077 | CR | $72.78 | February 09, 2024 | 6242543 | CR | $145.57 |
| March 08, 2024 | 6243015 | CR | $569.77 | | | | |

**Convergent**

| 5 | | | NOT FILED | | | | | |
|---|--|--|-----------|--|--|--|--|--|

**Convergent Outsourcing**

| 6 | | | NOT FILED | | | | | |
|---|--|--|-----------|--|--|--|--|--|
| 25 | | | NOT FILED | | | | | |

**INTERNAL REVENUE SERVICE**    3693

| Claim# | Court Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| **CLAIMANT NAME** | | **ACCOUNT #** | | | | | | **Case#: 8:19-bk-14536-MH** |
| | Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
| **10008** | 1 | Unsecured | | 81.11 | 100.00% | 81.11 | 0.00 | 0.00 |
| | November 09, 2023 | 8000145 | CR | $7.54 | February 09, 2024 | 8000202 | CR | $5.66 |
| | March 08, 2024 | 8000217 | CR | $14.78 | | | | |
| **IRS** | | | | | | | | |
| 7 | | | | NOT FILED | | | | |
| **JEFFERSON CAPITAL SYSTEMS, LLC** | 7745 | | | | | | | |
| 26 | 8 | Unsecured | | 1,423.91 | 100.00% | 1,423.91 | 0.00 | 0.00 |
| | October 06, 2023 | 6240780 | CR | $33.13 | November 09, 2023 | 6241270 | CR | $66.25 |
| | January 05, 2024 | 6242179 | CR | $33.13 | February 09, 2024 | 6242656 | CR | $66.25 |
| | March 08, 2024 | 6243121 | CR | $259.33 | | | | |
| **John Gregory Berg** | | | | | | | | |
| 23 | | | | NOT FILED | | | | |
| **NAVIENT SOLUTIONS, INC.** | 7619/3693 | | | | | | | |
| 9 | 6 | | | PAY DIRECT | | | | |
| 29 | 7 | | | PAY DIRECT | | | | |
| **Nelson & Kinnard** | | | | | | | | |
| 10 | | | | NOT FILED | | | | |
| **PORTFOLIO RECOVERY ASSOCIATES, LL** | 5598 | | | | | | | |
| 2 | 12 | Unsecured | | 4,656.05 | 100.00% | 4,656.05 | 0.00 | 0.00 |
| | October 06, 2023 | 6240912 | CR | $108.32 | November 09, 2023 | 6241403 | CR | $216.64 |
| | January 05, 2024 | 6242297 | CR | $108.32 | February 09, 2024 | 6242786 | CR | $216.64 |
| | March 08, 2024 | 6243244 | CR | $847.98 | | | | |
| 21 | 10 | Unsecured | | 4,608.37 | 100.00% | 4,608.37 | 0.00 | 0.00 |
| | October 06, 2023 | 6240912 | CR | $107.21 | November 09, 2023 | 6241403 | CR | $214.42 |
| | January 05, 2024 | 6242297 | CR | $107.21 | February 09, 2024 | 6242786 | CR | $214.42 |
| | March 08, 2024 | 6243244 | CR | $839.30 | | | | |
| 31 | 11 | Unsecured | | 8,926.92 | 100.00% | 8,926.92 | 0.00 | 0.00 |
| | October 06, 2023 | 6240912 | CR | $207.68 | November 09, 2023 | 6241403 | CR | $415.36 |
| | January 05, 2024 | 6242297 | CR | $207.68 | February 09, 2024 | 6242786 | CR | $415.36 |
| | March 08, 2024 | 6243244 | CR | $1,625.81 | | | | |
| **Robert Balma** | | | | | | | | |
| 11 | | | | PAY DIRECT | | | | |
| **Santa Ana Division** | | | | | | | | |
| 1 | | | | NOT FILED | | | | |
| **SCHOOLSFIRST FEDERAL CREDIT UNION** | 3680 | | | | | | | |
| 12 | 4 | Unsecured | | 13,677.73 | 100.00% | 13,677.73 | 0.00 | 0.00 |
| | October 06, 2023 | 6240948 | CR | $318.20 | November 09, 2023 | 6241448 | CR | $636.42 |

| CLAIMANT NAME | | | ACCOUNT # | | | | | | | Case#: 8:19-bk-14536-MH |
|---|---|---|---|---|---|---|---|---|---|---|
| Claim# | Court Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | | Principal Balance |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| January 05, 2024 | 6242336 | CR | $318.21 | February 09, 2024 | 6242830 | CR | $636.42 |
| March 08, 2024 | 6243287 | CR | $2,491.04 | | | | |

| Claim# | Court Claim# | Class | Claim Amount | Percent | Principal Paid | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 13 | 3 | Unsecured | 3,976.56 | 100.00% | 3,976.56 | 0.00 | 0.00 |

| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt |
|---|---|---|---|---|---|---|---|
| October 06, 2023 | 6240948 | CR | $92.51 | November 09, 2023 | 6241448 | CR | $185.03 |
| January 05, 2024 | 6242336 | CR | $92.51 | February 09, 2024 | 6242830 | CR | $185.03 |
| March 08, 2024 | 6243287 | CR | $724.22 | | | | |

**Suttell & Hammer**

| 14 | | NOT FILED | |
|---|---|---|---|

**SYNCHRONY BANK**

| 15 | | NOT FILED | |
|---|---|---|---|
| 30 | 9 | NOT FILED | |

**Synchrony Bank / Pay Pal Credit**

| 16 | | NOT FILED | |
|---|---|---|---|

**Synchrony Home**

| 17 | | NOT FILED | |
|---|---|---|---|

**United States Trustee (SA)**

| 18 | | NOT FILED | |
|---|---|---|---|

**William Ha**

| 24 | | NOT FILED | |
|---|---|---|---|

**WorldMark and Wyndam Resort**

| 19 | | NOT FILED | |
|---|---|---|---|

**Worldmark by Windham**   2048

| 20 | | SURRENDER | |
|---|---|---|---|
| 27 | | NOT FILED | |

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 03/31/2024

Receipts: $61,078.53  Plan Base: * $61,245.86  Base Balance: ** $167.33  Balance On Hand: $52.78

Paid to Creditors: $53,506.09  Attorney Fees: $3,930.14  Debtor Refund:  $0.00  Trustee Fees: $6,089.52

**NOTE:**  Checks issued by this office are highlighted in grey.
* **NOTE:**  The Debtor(s)must pay the greater of the principal balance or the base balance to qualify for a discharge. To obtain a plan balance contact the office at 714-621-0200 or connect to www.ndc.org.

** **NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

You must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal of your case or a challenge to your discharge. Tax refunds received by Debtor(s) who are not paying 100% to unsecured creditors are usually pledged to the plan. Any net refund you are entitled to less $500 per year must be turned over to the Trustee. This requirement is waived for 2020 and 2021 Federal tax refund because of COVID relief legislation.

You can make your plan payment electronically as described below:

### ePay for the Office of Amrane Cohen, Chapter 13 Trustee

ePay is an on-line system that allows you to tender your payments to the trustee on-line.  You will benefit from using this system because:

The cost of the system may be less than the cost of purchasing cashier's checks or money order.

You can schedule when you make your payments - however you are still responsible for making your payments prior to the due date.

You will get e-mail confirmation that your payment has been tendered.

If there is any problem getting the funds from your bank account you will get notification the next day.

Payments will usually be posted to your case within two business days.

You can tender any tax refunds pledged to the plan through this system.

You must register an account to take advantage of this system.  Registering is free and simple.  It can be done on-line at your convenience.  You may access the ePay system by visiting our web site: **ch13ac.com** and clicking on the ePay selection on the first page of the site.

You will be required to enter a transaction ID.  In your case, your transaction ID is **1914536** followed by the last 4 digits of the social security number of person listed first in this report (if you have a joint case).

There is a fee charged by our bank for this service and that fee is charged to you directly by the bank.  The fee is $2.00 per payment.

We hope you will decide to use this system to tender all your payments to the office.

Case#: 8:19-bk-14536-MH