**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA  92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br>**NANCY LYNN BERG**<br>**JOHN GREGORY BERG**<br><br>                              Debtor(s). | **Case No.:  8:19-bk-14536-MH**<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, AND OBTAIN DISCHARGE OF CHAPTER 13 TRUSTEE.**<br>                    **(Post BAPCPA Case)** |

TO:  THE ABOVE NAMED DEBTOR(S), THEIR CREDITORS, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN that Amrane Cohen the Chapter 13 Trustee in the above-captioned case, intends to file a Final Report & Account, a copy of which is printed on the next page of this notice, and to obtain discharge of the Chapter 13 Trustee.

NOTICE IS HEREBY GIVEN that any remaining balance on hand less applicable trustee fees and attorney fees will be refunded to the debtor(s);

NOTICE IS HEREBY GIVEN that any party objecting to the Final Report & Account may file and serve a written objection and request a hearing. In the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee's bond. (see Rule 5009, F.R.B.P.);

NOTICE IS FURTHER GIVEN that objection (s), if any, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor (s) and Debtor's attorney, if any, and upon the Office of the United States Trustee.

Dated: 4/18/2024

                                                                  /s/ Amrane Cohen
                                                              Amrane Cohen, Chapter 13 Trustee

**PROPOSED FINAL REPORT & ACCOUNT**
Unsecured Percentage: 100.00 %

| Claim# | Name | Claim Amount | Principal Paid | Interest Paid | Balance Owed |
|---|---|---|---|---|---|
| 0 | William Ha | $2,500.00 | $2,500.00 | $0.00 | $0.00 |
| 0 | Benjamin R Heston | $1,430.14 | $1,430.14 | $0.00 | $0.00 |
| 1 | Santa Ana Division | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LL | $4,656.05 | $4,656.05 | $0.00 | $0.00 |
| 3 | Barclays Bank Delaware | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CHASE BANK USA, N.A. | $3,128.48 | $3,128.48 | $0.00 | $0.00 |
| 5 | Convergent | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | Convergent Outsourcing | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | IRS | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | $631.27 | $631.27 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS, INC. | $4,478.26 | $0.00 | $0.00 | $0.00 |
| 10 | Nelson & Kinnard | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | Robert Balma | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | SCHOOLSFIRST FEDERAL CREDIT UNION | $13,677.73 | $13,677.73 | $0.00 | $0.00 |
| 13 | SCHOOLSFIRST FEDERAL CREDIT UNION | $3,976.56 | $3,976.56 | $0.00 | $0.00 |
| 14 | Suttell & Hammer | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | Synchrony Bank / Pay Pal Credit | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | Synchrony Home | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | United States Trustee (SA) | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | WorldMark and Wyndam Resort | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | Worldmark by Windham | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LL | $4,608.37 | $4,608.37 | $0.00 | $0.00 |
| 22 | Amrane (SA) Cohen (TR) | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | John Gregory Berg | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | William Ha | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | Convergent Outsourcing | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS, LLC | $1,423.91 | $1,423.91 | $0.00 | $0.00 |
| 27 | Worldmark by Windham | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SCHOOLSFIRST FEDERAL CREDIT UNION | $9,592.55 | $9,592.55 | $303.14 | $0.00 |
| 29 | NAVIENT SOLUTIONS, INC. | $16,637.96 | $0.00 | $0.00 | $0.00 |
| 30 | SYNCHRONY BANK | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LL | $8,926.92 | $8,926.92 | $0.00 | $0.00 |
| 32 | AIS PORTFOLIO SERVICES, LP | $0.00 | $0.00 | $0.00 | $0.00 |
| 10,008 | INTERNAL REVENUE SERVICE | $81.11 | $81.11 | $0.00 | $0.00 |

Summary:

Total Receipts           $61,078.53
Paid to Claims                        $53,506.09
Attorney fees                         3,930.14
Debtor Refund
Trustee fees and costs                $6,089.52

| | |
|---|---|
| **In re:**<br>Nancy Lynn Berg<br>John Gregory Berg<br>4155 NE THREE MILE HWY<br>SPACE# 68<br>MCMINNVILLE, OR 97128 | **CHAPTER 13**<br><br><br><br>**Case No.:** 8:19-bk-14536-MH |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA  92868

The foregoing document described as <u>NOTICE OF INTENT TO FILE FINAL REPORT AND ACCOUNT</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On 4/18/2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Benjamin R Heston                                                       BHESTON.ECF@GMAIL.COM
                                                                                          BEN@HESTONLAW.COM

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 4/18/2024 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

Please see attached List

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/18/2024 | ALDO AMAYA | /s/ ALDO AMAYA |
|---|---|---|
| Date | Type Name | ALDO AMAYA |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                  F 9013-3.1.PROOF.SERVICE

Nancy Lynn Berg
John Gregory Berg
4155 NE THREE MILE HWY
SPACE# 68
MCMINNVILLE, OR 97128

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4593

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA 23541

Barclays Bank Delaware
P.O. Box 8801
Wilmington, DE 19899-8801

CHASE BANK USA, N.A.
C/O JP MORGAN CHASE BANK
PO BOX 15368
WILMINGTON, DE 19850

Convergent
800 SW 39th St., Ste. 100
Renton, WA 98057

Convergent Outsourcing
800 SW 39th Street
Suite 100
Renton, WA 98057

IRS
Bankruptcy Department
2525 Capitol Street
Fresno, CA 93721

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

Nelson & Kinnard
P.O. Box 13807
Sacramento, CA 95853

Robert Balma
2103 Windbreak Circle
Brea, CA 92821

Suttell & Hammer
P.O. Box C-90006
Bellevue, WA 98009

SYNCHRONY BANK
P.O. Box 960061
Orlando, FL 32896-0061

Synchrony Bank / Pay Pal Credit
Attn: Bankruptcy
4125 Windward Plaza
Alpharetta, GA 30005

Synchrony Home
P.O. Box 960061
Orlando, FL 32896-0061

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

WorldMark and Wyndam Resort
6277 Sea Harbor Drive
Orlando, FL 32821

Worldmark by Windham
P.O. Box 97976
Las Vegas, NV 89193-7976

Amrane (SA) Cohen (TR)
770 The City Drive South Suite 8500
Orange, CA 92868

John Gregory Berg
4155 NE THREE MILE HWY
SPACE# 68
MCMINNVILLE, OR 97128

William Ha
Law Office of William Ha
206 W 4TH ST
218
Santa Ana, CA 92701

SCHOOLSFIRST FEDERAL CREDIT UNION
15442 NEWPORT AVENUE
TUSTIN, CA 92780

| | |
|---|---|
| NAVIENT SOLUTIONS, INC.<br>PO BOX 9000<br>WILKES-BARRE, PA 18773-9000 | JEFFERSON CAPITAL SYSTEMS, LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | William Ha<br>Law Office of William Ha<br>3780 Kilroy Airport Way, Suite 200<br>PMB #917<br>Long Beach, CA 90806 |
| Benjamin R Heston<br>Heston & Heston<br>19700 Fairchild Road<br>Suite 280<br>Irvine, CA 92612 | AIS PORTFOLIO SERVICES, LP<br>ATTN: EXETER FINANCE LLC<br>4515 NORTH SANTA FE AVENUE<br>DEPT. APS<br>OKLAHOMA CITY, OK 73118 |