United States Bankruptcy Court

Central District of California

In re:      Case No. 19-14536-MH

Nancy Lynn Berg      Chapter 13

John Gregory Berg

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 3
Date Rcvd: May 08, 2024     Form ID: van110     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy Lynn Berg, John Gregory Berg, 4155 NE Three Mile Hwy, Space #68, McMinnville, OR 97128-9435 |
| 40075230 | + | Navient, Attn: Bankruptcy, 300 Continental Drive, Newark, DE 19713-4329 |
| 39997412 | + | Robert Balma, 2103 Windbreak Circle, Brea, CA 92821-4440 |
| 39997421 | | Wyndham Rewards/Barclay Bank, P.O. Box 60517, City of Industry, CA 91716-0517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 09 2024 00:19:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 09 2024 00:19:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 09 2024 00:46:22 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 00:35:04 | PRA RECEIVABLES MANAGEMENT, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 39997403 | | Email/Text: BarclaysBankDelaware@tsico.com | May 09 2024 00:19:00 | Barclay Bank of Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997404 | | Email/Text: BarclaysBankDelaware@tsico.com | May 09 2024 00:19:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997406 | + | Email/Text: convergent@ebn.phinsolutions.com | May 09 2024 00:19:12 | Convergent, 800 SW 39th St., Ste. 100, Renton, WA 98057-4927 |
| 39997407 | + | Email/Text: convergent@ebn.phinsolutions.com | May 09 2024 00:19:12 | Convergent Outsourcing, 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 |
| 39997409 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 09 2024 00:19:00 | IRS, Bankruptcy Department, 2525 Capitol Street, Fresno, CA 93721-2227 |
| 40102728 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 09 2024 00:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 39997405 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 09 2024 00:35:29 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 40041767 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 09 2024 00:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 40078759 | | Email/PDF: pa_dc_claims@navient.com | May 09 2024 00:35:58 | NAVIENT PC TRUST, C/O Navient Solutions, |

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 08, 2024 | Form ID: van110 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 39997410 | | Email/PDF: pa_dc_claims@navient.com | May 09 2024 00:35:59 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 39997411 | ^ | MEBN | May 09 2024 00:16:38 | Nelson & Kinnard, P.O. Box 13807, Sacramento, CA 95853-3807 |
| 40112524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 00:24:46 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40112523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 00:35:02 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 40078762 | | Email/PDF: pa_dc_claims@navient.com | May 09 2024 00:35:02 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 40075235 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 09 2024 00:19:00 | Schools First Federal Credit Union, PO Box 11908, Santa Ana CA 92711-1908 |
| 39997413 | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 09 2024 00:19:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana, CA 92711-1547 |
| 39997414 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 09 2024 00:19:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana 92711-1547 |
| 39997415 | ^ | MEBN | May 09 2024 00:16:51 | Suttell & Hammer, P.O. Box C-90006, Bellevue, WA 98009 |
| 40075236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 00:46:22 | Synchrony Bank, PO Box 965003, Orlando FL 32896-5003 |
| 40103247 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 09 2024 00:35:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39997416 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 00:35:32 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997417 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 00:36:04 | Synchrony Bank / Pay Pal Credit, Attn: Bankruptcy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39997418 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 09 2024 00:24:12 | Synchrony Home, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997419 | + | Email/Text: bankruptcydept@wyn.com | May 09 2024 00:19:00 | WorldMark and Wyndam Resort, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |
| 40075237 | + | Email/Text: bankruptcydept@wyn.com | May 09 2024 00:19:00 | Worldmark by Windham, PO Box 93843, Las Vegas NV 89193-3843 |
| 39997420 | | Email/Text: bankruptcydept@wyn.com | May 09 2024 00:19:00 | Worldmark by Windham, P.O. Box 97976, Las Vegas, NV 89193-7976 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 39997408 | *+ | Internal Revenue Service, 2525 Capitol Street, Fresno, CA 93721-2227 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 3 of 3 |
| Date Rcvd: May 08, 2024 | Form ID: van110 | Total Noticed: 34 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor John Gregory Berg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Nancy Lynn Berg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Creditor PRA RECEIVABLES MANAGEMENT LLC claims@recoverycorp.com |

TOTAL: 6

(Form van110−dbcrtn/dbcrtni VAN−110)
Rev. 12/09

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

# NOTICE OF APPLICATION FOR ENTRY OF DISCHARGE

**DEBTOR(S) INFORMATION:**
Nancy Lynn Berg

**BANKRUPTCY NO.** 8:19−bk−14536−MH
**CHAPTER** 13

**SSN:** xxx−xx−7619
**EIN:** N/A
John Gregory Berg

**SSN:** xxx−xx−3693
4155 NE Three Mile Hwy
Space #68
McMinnville, OR 97128

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the debtor(s) in the above−captioned bankruptcy case has made application to the court for entry of the debtor(s)' discharge from all debts subject to discharge in this case.

Any creditor or party in interest who has knowledge that the debtor(s) does not qualify for a discharge must do the following within 14−days from the date of this notice:

1. File a written objection to entry of discharge;
2. Serve a copy of the written objection on the debtor(s), the debtor's counsel, if any and the Chapter 13 Trustee; and
3. If the objecting party wishes to have a hearing on the objection, this should be stated in the caption of the objection.

If a hearing is set and you fail to attend, the court may deem your objection to the entry of discharge to be withdrawn.

If the court determines that entry of discharge is not warranted, the case will be closed without a discharge.

Dated: May 8, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of the Court