United States Bankruptcy Court

Central District of California

In re:  Case No. 19-14536-MH
Nancy Lynn Berg  Chapter 13
John Gregory Berg
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: May 23, 2024      Form ID: van111      Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy Lynn Berg, John Gregory Berg, 4155 NE Three Mile Hwy, Space #68, McMinnville, OR 97128-9435 |
| 40075230 | + | Navient, Attn: Bankruptcy, 300 Continental Drive, Newark, DE 19713-4329 |
| 39997412 | + | Robert Balma, 2103 Windbreak Circle, Brea, CA 92821-4440 |
| 39997421 | | Wyndham Rewards/Barclay Bank, P.O. Box 60517, City of Industry, CA 91716-0517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | May 24 2024 00:35:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | May 24 2024 00:36:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 24 2024 00:39:39 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:39:21 | PRA RECEIVABLES MANAGEMENT, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 39997403 | | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:35:00 | Barclay Bank of Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997404 | | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 00:35:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997406 | + | Email/Text: convergent@ebn.phinsolutions.com | May 24 2024 00:36:55 | Convergent, 800 SW 39th St., Ste. 100, Renton, WA 98057-4927 |
| 39997407 | + | Email/Text: convergent@ebn.phinsolutions.com | May 24 2024 00:36:55 | Convergent Outsourcing, 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 |
| 39997409 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 00:35:00 | IRS, Bankruptcy Department, 2525 Capitol Street, Fresno, CA 93721-2227 |
| 40102728 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 24 2024 00:35:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 39997405 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 00:39:40 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 40041767 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 24 2024 00:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 40078759 | | Email/PDF: pa_dc_claims@navient.com | May 24 2024 00:40:28 | NAVIENT PC TRUST, C/O Navient Solutions, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 39997410 | | Email/PDF: pa_dc_claims@navient.com | May 24 2024 00:39:36 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 39997411 | ^ | MEBN | May 24 2024 00:20:56 | Nelson & Kinnard, P.O. Box 13807, Sacramento, CA 95853-3807 |
| 40112524 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:39:18 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40112523 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:39:36 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 40078762 | | Email/PDF: pa_dc_claims@navient.com | May 24 2024 00:39:56 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 40075235 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 24 2024 00:36:00 | Schools First Federal Credit Union, PO Box 11908, Santa Ana CA 92711-1908 |
| 39997413 | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 24 2024 00:36:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana, CA 92711-1547 |
| 39997414 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | May 24 2024 00:36:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana 92711-1547 |
| 39997415 | ^ | MEBN | May 24 2024 00:21:12 | Suttell & Hammer, P.O. Box C-90006, Bellevue, WA 98009 |
| 40075236 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:39:55 | Synchrony Bank, PO Box 965003, Orlando FL 32896-5003 |
| 40103247 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2024 00:39:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39997416 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:40:56 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997417 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:39:25 | Synchrony Bank / Pay Pal Credit, Attn: Bankruptcy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39997418 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 00:39:23 | Synchrony Home, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997419 | + | Email/Text: bankruptcydept@wyn.com | May 24 2024 00:36:00 | WorldMark and Wyndam Resort, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |
| 40075237 | + | Email/Text: bankruptcydept@wyn.com | May 24 2024 00:36:00 | Worldmark by Windham, PO Box 93843, Las Vegas NV 89193-3843 |
| 39997420 | | Email/Text: bankruptcydept@wyn.com | May 24 2024 00:36:00 | Worldmark by Windham, P.O. Box 97976, Las Vegas, NV 89193-7976 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 39997408 | *+ | Internal Revenue Service, 2525 Capitol Street, Fresno, CA 93721-2227 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 23, 2024 | Form ID: van111 | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2024           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor John Gregory Berg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Nancy Lynn Berg bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Creditor PRA RECEIVABLES MANAGEMENT LLC claims@recoverycorp.com |

TOTAL: 6

## United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

**NOTICE OF REQUIREMENT TO FILE A DEBTOR'S
CERTIFICATION OF COMPLIANCE UNDER 11 U.S.C. §1328(a) AND
APPLICATION FOR ENTRY OF DISCHARGE**

**DEBTOR(S) INFORMATION:**
Nancy Lynn Berg
**SSN:** xxx-xx-7619
**EIN:** N/A
John Gregory Berg
**SSN:** xxx-xx-3693
4155 NE Three Mile Hwy
Space #68
McMinnville, OR 97128

**BANKRUPTCY NO.** 8:19-bk-14536-MH
**CHAPTER** 13

**TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY**

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must complete and file Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge before a discharge can be entered in the above-captioned case. This form is available on the court's website at www.cacb.uscourts.gov.

Debtor(s) and /or debtor(s)' attorney is/are further notified that the Debtor's Certification of Compliance under 11 U.S.C. § 1328(a) and Application For Entry of Discharge must be filed within 30 days from the date of this notice. Failure to timely file the certification will result in the case being closed without an entry of discharge. If the debtor(s) subsequently file(s) a Motion to Reopen the case, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: May 23, 2024

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form dnrotrf rev. 05/06 VAN-111)

**85 / C4**