| | |
|---|---|
| Benjamin Heston 297798<br>100 Bayview Circle<br>Suite 100<br>Newport Beach, CA 92660<br>951-290-2827  Fax: 949-288-2054<br>297798 CA<br>bhestonecf@gmail.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br><br>Nancy Lynn Berg<br>John Gregory Berg | CASE NO.: 8:19-bk-14536-MH<br><br>Chapter: 13<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☑ Debtor    ☑ Joint-Debtor    ☐ Creditor
   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Nancy Lynn Berg and John Gregory Berg
   Mailing Address: 21603 N. 156th Lane
   City, State, Zip Code: Sun City West, AZ 85375

3. **New Address:**
   Mailing Address: 22509 N. Arrellaga Drive
   City, State, Zip Code: Sun City West, AZ 85375

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number
Joint Debtor's DeBN account number
Date:

Requestor's printed name(s)
Nancy Lynn Berg                    John Gregory Berg
Requestor's signature(s)

Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                                    F 1002-1.3.Change.Address