United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-14536-MH |
| Nancy Lynn Berg | Chapter 13 |
| John Gregory Berg | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 11, 2024 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nancy Lynn Berg, John Gregory Berg, 22509 N Arrellaga Dr, Sun City West, AZ 85375-2778 |
| 40075230 | + | Navient, Attn: Bankruptcy, 300 Continental Drive, Newark, DE 19713-4329 |
| 39997412 | + | Robert Balma, 2103 Windbreak Circle, Brea, CA 92821-4440 |
| 39997421 | | Wyndham Rewards/Barclay Bank, P.O. Box 60517, City of Industry, CA 91716-0517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jul 12 2024 04:24:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jul 12 2024 04:24:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Jul 12 2024 04:24:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jul 12 2024 04:24:00 | PRA RECEIVABLES MANAGEMENT, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 39997403 | | EDI: TSYS2 | Jul 12 2024 04:24:00 | Barclay Bank of Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997404 | | EDI: TSYS2 | Jul 12 2024 04:24:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 39997406 | + | EDI: CONVERGENT.COM | Jul 12 2024 04:24:00 | Convergent, 800 SW 39th St., Ste. 100, Renton, WA 98057-4927 |
| 39997407 | + | EDI: CONVERGENT.COM | Jul 12 2024 04:24:00 | Convergent Outsourcing, 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 |
| 39997409 | + | EDI: IRS.COM | Jul 12 2024 04:24:00 | IRS, Bankruptcy Department, 2525 Capitol Street, Fresno, CA 93721-2227 |
| 40102728 | | EDI: JEFFERSONCAP.COM | Jul 12 2024 04:24:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 39997405 | | EDI: JPMORGANCHASE | Jul 12 2024 04:21:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 40041767 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 12 2024 00:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 40078759 | | EDI: NAVIENTFKASMSERV.COM | Jul 12 2024 04:24:00 | NAVIENT PC TRUST, C/O Navient Solutions, |

Case 8:19-bk-14536-MH    Doc 93    Filed 07/13/24    Entered 07/13/24 21:19:05    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0973-8 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 39997410 | | EDI: NAVIENTFKASMSERV.COM | Jul 12 2024 04:24:00 | Navient, P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 39997411 | ^ | MEBN | Jul 12 2024 00:28:35 | Nelson & Kinnard, P.O. Box 13807, Sacramento, CA 95853-3807 |
| 40112524 | | EDI: PRA.COM | Jul 12 2024 04:24:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 40112523 | | EDI: PRA.COM | Jul 12 2024 04:24:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 40078762 | | EDI: NAVIENTFKASMSERV.COM | Jul 12 2024 04:24:00 | SLM BANK, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 40075235 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Jul 12 2024 00:31:00 | Schools First Federal Credit Union, PO Box 11908, Santa Ana CA 92711-1908 |
| 39997413 | | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Jul 12 2024 00:31:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana, CA 92711-1547 |
| 39997414 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Jul 12 2024 00:31:00 | SchoolsFirst Federal Credit Union, P.O. Box 11547, Santa Ana 92711-1547 |
| 39997415 | ^ | MEBN | Jul 12 2024 00:28:52 | Suttell & Hammer, P.O. Box C-90006, Bellevue, WA 98009 |
| 40075236 | + | EDI: SYNC | Jul 12 2024 04:21:00 | Synchrony Bank, PO Box 965003, Orlando FL 32896-5003 |
| 40103247 | ^ | MEBN | Jul 12 2024 00:28:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 39997416 | | EDI: SYNC | Jul 12 2024 04:21:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997417 | + | EDI: SYNC | Jul 12 2024 04:21:00 | Synchrony Bank / Pay Pal Credit, Attn: Bankruptcy, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 39997418 | | EDI: SYNC | Jul 12 2024 04:21:00 | Synchrony Home, P.O. Box 960061, Orlando, FL 32896-0061 |
| 39997419 | + | Email/Text: bankruptcydept@wyn.com | Jul 12 2024 00:31:00 | WorldMark and Wyndam Resort, 6277 Sea Harbor Drive, Orlando, FL 32821-8043 |
| 40075237 | + | Email/Text: bankruptcydept@wyn.com | Jul 12 2024 00:31:00 | Worldmark by Windham, PO Box 93843, Las Vegas NV 89193-3843 |
| 39997420 | | Email/Text: bankruptcydept@wyn.com | Jul 12 2024 00:31:00 | Worldmark by Windham, P.O. Box 97976, Las Vegas, NV 89193-7976 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 39997408 | *+ | Internal Revenue Service, 2525 Capitol Street, Fresno, CA 93721-2227 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0973-8 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2024 | Form ID: 3180W | Total Noticed: 34 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Arvind Nath Rawal | on behalf of Creditor Exeter Finance LLC  c/o AIS Portfolio Services, LP arawal@aisinfo.com |
| Benjamin Heston | on behalf of Joint Debtor John Gregory Berg bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | on behalf of Debtor Nancy Lynn Berg bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Valerie Smith | on behalf of Creditor PRA RECEIVABLES MANAGEMENT  LLC claims@recoverycorp.com |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nancy Lynn Berg | Social Security number or ITIN  xxx–xx–7619 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | John Gregory Berg | Social Security number or ITIN  xxx–xx–3693 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:19–bk–14536–MH

## Order of Discharge – Chapter 13                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nancy Lynn Berg

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 7/11/24

John Gregory Berg

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 2 Discharge Date: 7/11/24

**Dated:** <u>7/11/24</u>

**By the court:**    <u>Mark D. Houle</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**92/KR6**

For more information, see page 2 >

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W–doa3    **Order of Chapter 13 Discharge**    page 2